No. 88–950. PAGE *v.* E. I. DU PONT DE NEMOURS & CO. C. A. 4th Cir. Certiorari denied. JUSTICE O'CONNOR took no

part in the consideration or decision of this petition.